**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

December 9, 2022

12/13/22

**By ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Case adj to Jan 17, 2023 at 2:30 — time excluded through Jan 17, in the interest of justice, to facilitate plea discussions.

Re: *United States v. Valerio de Rodriguez*, 22 Cr. 255 (CM)

Dear Judge McMahon:

The Government and defense counsel jointly write to respectfully request to adjourn the status conference in the above-captioned matter, currently scheduled for December 13, 2022, for an additional thirty days, or whichever amount of time would be most convenient for the Court. We believe that we are close to finalizing a pretrial resolution, but our discussions will not conclude before the conference date as currently scheduled.

If the parties' request is granted, the Government respectfully requests, with the defendant's consent, that the time between December 13, 2022, and whichever date is set for the status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to complete their discussions of a potential pretrial resolution. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/___
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc: Aaron J. Mysliwiec, Esq. (via ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/22
```