UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

MARIA DEL CARMEN VELERIO DE RODRIGUEZ,

         Defendant.
----------------------------------------------------------X

1:22-cr-00255-CM-1

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2023

Colleen McMahon, United States District Judge:

    It is hereby ORDERED that the defendant's bail be modified to include the following condition of release:

        - Mental health evaluation and treatment as directed by Pretrial Services
        - Substance abuse testing and treatment as directed by Pretrial Services
        - Refrain from excessive use of alcohol

Dated: New York, New York
       January 25, 2023

                                              Colleen McMahon
                                              United States District Judge