

**Miedel & Mysliwiec LLP**

May 16, 2023

**MEMO ENDORSED**

5/16/23

Permission to travel as requested herein is granted

**VIA ECF**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Maria del Carmen Valerio de Rodriguez*, 22 Cr. 255 (CM)

Dear Judge McMahon:

    I represent Maria de Rodriguez in the above-captioned case. I write respectfully to request a modification of Ms. de Rodriguez's bond conditions such that she be permitted to travel by bus from her home to Philadelphia, Pennsylvania (and through all those jurisdictions in between as are required for her travel) on May 27, 2023, and back to her home on or before May 29, 2023, in order to visit a friend. While in Philadelphia, Ms. de Rodriguez plans to stay with a friend at an address known to Pretrial Services.

    Pretrial Services, through United States Pretrial Services Officer Assistant Evelyn Alvayero, informed me it has no objection to this request. The government, through AUSA Kaylan Lasky, informed me that it defers its position on this request to Pretrial Services.

    Thank you for the Court's consideration.

Respectfully submitted,

Aaron Mysliwiec
*Attorney for Maria del Carmen Valerio de Rodriguez*

CC:   Counsel of record
      *via ECF*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/23

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com