USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/25

M

October 20, 2025

MEMO ENDORSED 10/20/25

OK

*[signature]* Colleen McMahon

*Via* **ECF**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re:** *United States v. Maria del Carmen Valerio de Rodriguez*, **22 Cr. 255 (CM)**

Dear Judge McMahon,

    I represent Maria de Rodriguez in the above-captioned case. I write to respectfully request a modification of Ms. De Rodriguez's bond conditions such that she be permitted to travel *via* bus with family to Philadelphia, Pennsylvania on Saturday, October 25, 2025, returning Sunday, October 26, 2025. While in Philadelphia, Ms. de Rodriguez plans to stay at an address known to both U.S. Pretrial Services and the government.

    U.S. Pretrial Services, through Officer Jessica Aguilar-Adan, has no objections to this travel request. The government, through AUSA Kaylan Lasky, defers to Pretrial.

    Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Maria del Carmen Valerio de Rodriguez*

cc: Counsel of record
*via* ECF & Email