Case 1:22-cr-00255-CM Document 34 Filed 10/19/26 Page 1 of 1

MEMO ENDORSED

10-21-26

OK

Colleen McMahon

October 19, 2026

***Via* ECF**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Maria del Carmen Valerio de Rodriguez*, 22-cr-00255-CM-1**

Dear Judge McMahon,

This letter concerns my representation of Ms. de Rodriguez in the above-captioned criminal case. I write to respectfully request a modification of Ms. de Rodriguez's bond conditions such that she be permitted to travel to visit family in Pennsylvania from October 24, 2026 through October 25, 2026. The specific travel plans will be provided to Pretrial Services.

Pretrial Services, through United States Pretrial Services Officer Assistant Jessica Aguilar-Adan informed me it has no objection to this request. The Government, through AUSA Kaylan Lasky, informed me that it defers to Pretrial Services.

Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Maria del Carmen Valerio de Rodriguez*

cc: Counsel of record *via* ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10-21-26